IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No. CR 05 124T |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| NORMAN GAINES | ) | |

**INDICTMENT**

The Grand Jury charges:

On or about October 9, 2005, in the District of Rhode Island, the Defendant, NORMAN GAINES, by intimidation, did knowingly take from the person and presence of another money, namely approximately $2,000.00 (two thousand dollars), belonging to and in the care, custody, control, management, and possession of Citizens Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 11/2/05