AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Norman Gaines

**APPEARANCE**

Case Number: CR05-124T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mr. Gaines

I certify that I am admitted to practice in this court.

11-16-05
Date

Signature

K. J. Fitzgerald 5725
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number