To whomever it may concern, 8-31-06

My name is Norman J. Gaines, I am currently incarcerated at Lewisburg Penitentiary. I am writing to respectfully request copies of my sentencing transcript. I am indigent and was represented by a federal Defender Kevin Fitzgerald. I was told that I had to send my request in writing to this office to request this information. Please send me the above information immediately or at your earliest convience it would greatly be appreciated

Sincerely,
[signature]
Norman Gaines

P.S.
If for some reason I have to pay for the information, I will have money in my account by the time this is recieved.