IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR05-124T |
| | : | |
| NORMAN GAINES | : | |

**GOVERNMENT'S OBJECTION TO**
**DEFENDANT'S SENTENCING TRANSCRIPT**

Comes now, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and objects to defendant's motion for a transcript of his sentencing hearing. Defendant was sentenced to 24 months imprisonment by Chief Judge Torres on May 26, 2006. Defendant gives no reason why he needs the transcript or even why he wants it. Absent more, the government does not believe it is obligated to provide defendant with a free transcript and defendant's request should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

On this 13th day of September, 2006, I caused the Government's Objection to Defendant's Motion for Sentencing Transcript to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Notification by first class mail, postage prepaid:

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700