UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | C.A. No. 05-124T |
| | : | |
| NORMAN GAINES | : | |

**MEMORANDUM AND ORDER**

Before this Court is Defendant Norman Gaines' pro se request for a copy of the transcript of his sentencing hearing. (Document No. 16). The Government objects to Defendant's request. (Document No. 17). The request has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). In his request for his sentencing transcript, Defendant states that he is indigent and that he was formerly represented by a Federal Public Defender and he requests a copy of his sentencing transcript. Defendant indicates that if he is required to pay for the transcript, he "will have money in [his] account by the time this is received."

In order to obtain a copy of a transcript, a litigant is required to complete and file a Form AO 435 with the Court. Once the form is received, the request is processed, and arrangements for payment are made. Defendant does not have a constitutional right to a free transcript of his sentencing hearing, and would only have a statutory right to a free copy of the transcript under certain limited circumstances. See United States v. Estupinan-Paredes, 967 F.Supp. 39, 40-42 (D.P.R. 1997); 28 U.S.C. § 2255; 28 U.S.C. § 753(f). Defendant has not given any indication of the reason he seeks a copy of his sentencing transcript, thus, at this time, he has not shown that he is entitled to a free transcript. Accordingly, Defendant's request is DENIED. Defendant is entitled to a copy of his sentencing transcript, but must first file the appropriate forms with this Court, and

arrange to pay for the transcript. The clerk is directed to mail Defendant a copy of Form AO 435, which Defendant should fill out and file if he intends to order a copy of his sentencing transcript.

So Ordered.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
September 14, 2006

PER ORDER:

/s/ Jeannine Theall
Deputy Clerk