AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

US

v.

Norman Gaines

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Gaines

I certify that I am admitted to practice in this court.

5-23-8
Date

[signature]
Signature

K Fitzgerald 5775
Print Name Bar Number

10 Weybosset Street, Suite 300
Address

| Providence | RI | 02903 |
|---|---|---|
| City | State | Zip Code |

| (401) 528-4281 | (401) 528-4285 |
|---|---|
| Phone Number | Fax Number |