AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

NORMAN GAINES

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR05-124T

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT, JOHN O. PASTORE FEDERAL BUILDING, TWO EXCHANGE TERRACE, PROVIDENCE, RI | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time 5/23/2008 2:00 pm |

To answer a(n)

- ☐ Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☑ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 3583(e)(2)

Brief description of offense:

VIOLATION OF SUPERVISED RELEASE

Signature of Issuing Officer

5/19/2008
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] Date 5/23/08

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC RI Court Room A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 5/23/08
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2008 MAY 27 A 11: 31

FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.